**Order issued December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01078-CR

---

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

---

Before Chief Justice Wright and Justices Myers and Brown

Based on the Court's opinion of this date, we **GRANT** the June 30, 2014 motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Eric Rose, TDCJ No. 1800661, Byrd Unit, 21 FM 247, Huntsville, Texas, 77320.

/Carolyn Wright/

CAROLYN WRIGHT

CHIEF JUSTICE